IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

    vs.                           *     CRIMINAL NO. MJG-15-0322

HARRY CRAWFORD, et al.            *

*          *          *          *          *          *          *          *

<u>MEMORANDUM AND ORDER RE: DISCLOSURE MOTIONS</u>

    The Court has before it Defendants' Motion for Disclosure Well In Advance of Trial of Statements of Co-Defendants Intended to Be Introduced By The Government At Defendant's Solo Trial [ECF No. 160], the Motion for Disclosure Well In Advance of Trial of Any Evidence The Government Intends to Introduce Under Fed. R. Ev. 404(b) [ECF No. 161], the Motion for Disclosure Well In Advance of Trial of Statements The Government Claims Were Made By The Defendant Himself Intended to Be Introduced By The Government At Defendant's Solo Trial [ECF No. 163] and the materials submitted relating thereto. The Court has held a hearing and had the benefit of the arguments of counsel.

I.   <u>CO-CONSPIRATOR STATEMENTS, FRE Rule 801(d)(2)[ECF No. 160]</u>

Counsel for Defendant Hightower has been, or will be, provided with all such statements and will be provided a catalog.

Hence the motion shall be denied as moot as to Defendant Hightower.   As to Defendant Crawford, the motion shall be addressed promptly after the trial of Defendant Hightower.

II.   <u>RULE 404(b) EVIDENCE [ECF NO. 161)</u>

The Government does not plan to offer any Rule 404(b) evidence[1] against Defendant Hightower in its case in chief but reserves the ability to use such evidence as impeachment or rebuttal.

The subject of any Rule 404(b) evidence as to Defendant Crawford shall be addressed after the trial of Defendant Hightower.

III.   <u>Defendants' Statements, FRE 801(d)(2)(A) [ECF No. 163]</u>

Counsel for Defendant Hightower has been, or will be, provided with all such statements pursuant to the parties' discovery agreement.[2]

---

1    That is, evidence admissible by virtue of Rule 404(b).
2    Subject to any Orders issued regarding such discovery.

Hence the motion shall be denied as moot as to Defendant Hightower.

As to Defendant Crawford, the motion shall be addressed promptly after the trial of Defendant Hightower.


SO ORDERED, this <u>Wednesday, August 31, 2016</u>.


_____/s/_____
Marvin J. Garbis
United States District Judge
