```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

UNITED STATES OF AMERICA          *

    vs.                           *    CRIMINAL NO. MJG-15-0322

HARRY CRAWFORD, et al.            *

\*     \*     \*     \*     \*     \*     \*     \*

MEMORANDUM AND ORDER RE: MOTIONS IN LIMINE

The Court has before it Defendant Crawford's Motion to Exlcude (sic) Evidence of Death of D.W. [ECF No. 132], Defendant Crawford's Motion In Limine to Exlcude (sic) Evidence of Death of D.W. From Extortion Trial, Defendant Crawford's Motion in Limine to Exlcude (sic) Feces Photograph Text [ECF No. 154] and the materials submitted relating thereto. The Court has held a hearing and had the benefit of the arguments of counsel.

I. Death Evidence [ECF Nos. 132 & 153]

Defendant Hightower, having adopted the instant motions, withdraws the motion on his behalf.

However, to avoid any potential future issues, the Court will rule on the motion. The Court finds that, in regard to the trial of Defendant Hightower the evidence regarding the death of Mr. Wutoh shall not be excluded.

The motion remains pending as to the trial of Defendant Crawford. The motion shall be addressed promptly following the trial of Defendant Hightower.

II.   The Feces Text [ECF No. 154]

Both Defendants withdraw the motion to exclude from evidence a certain text that contains a picture of feces.

However, to avoid any potential future issues, the Court will rule on the motion. The Court finds that the text at issue, being part of relevant communications shall not be excluded. Thus, the motion shall be denied.

III.   CONCLUSION

For the foregoing reasons:

1. Defendant Crawford's Motion to Exlcude (sic) Evidence of Death of D.W. [ECF No. 132] is DENIED AS MOOT.

2. Defendant Crawford's Motion in Limine to Exlcude (sic) Evidence of Death of D.W. From Extortion Trial [ECF No. 153] is:

    a. DENIED as to the trial of Defendant Hightower.

    b. Remains pending as to the trial of Defendant Crawford.

3. Defendant Crawford's Motion in Limine to Exlcude (sic) Feces Photograph Text [ECF No. 154] is DENIED as to the trial of both Defendants.

SO ORDERED, this Wednesday, August 31, 2016.

/s/
Marvin J. Garbis
United States District Judge